IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN ROE, A# 075-475-480,<br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, et al.,<br>Defendants. | §<br>§<br>§<br>§   No. 3:19-CV-2595-C-BH<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the defendants' *Motion to Dismiss Plaintiff's Complaint for Injunctive Relief*, filed January 13, 2020 (doc. 8) is **GRANTED**. By separate judgment, the plaintiff's *Complaint for Injunctive Relief* will be **DISMISSED** for lack of jurisdiction.

SIGNED this 3rd day of August, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE